Copies mailed FEB 19 2020
Chambers of Judge Kaplan

RECEIVED
FEB 19 2020
JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 19 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

-v-

02 CR 1141 (LAK)

JEFREY OTIS REDDEN,

                        Defendant.
------------------------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Government shall respond to the defendant's Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of The First Step Act (DI 118) by March 19, 2020.

        SO ORDERED.

Dated: February 19, 2020

                                            Lewis A. Kaplan
                                          United States District Judge