Mailed by chambers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA

-against-                              02-cr-1141 (LAK)

JEFFREY OTIS REDDEN,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In December 2019, defendant moved for a sentence reduction. The government responded on March 18, 2020. Defendant has filed no reply.

        The Court is mindful that incarcerated persons like defendant *may* have difficulty in responding to court filings by reason of measures taken by the Bureau of Prisons to curb the spread of COVID-19. Nevertheless, that is not true in every instance. Moreover, defendant's situation is unknown to the Court.

        In the circumstances, defendant may file a reply to the government's submission provided it is filed on or before July 16, 2020. Defendant is free to move before July 16 for an extension of time in the event he feels circumstances warrant.

        The Clerk shall mail a copy of this order to the defendant.

        SO ORDERED.

Dated:      June 16, 2020

                                                      Lewis A. Kaplan
                                             United States District Judge