UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        -against-                                      02-cr-1141 (LAK)

JEFFREY OTIS REDDEN,

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Defendant's motion for an extension of time (Dkt 140) is denied as moot. The motion pertains to a second or successive motion under Section 2255 (Dkt 139) which this Court transferred to the Court of Appeals under *Liriano*. As the 2255 is not pending in this court, no extension of time is possible.

        SO ORDERED.

Dated:      December 3, 2020

                                                          Lewis A. Kaplan
                                                 United States District Judge