UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                          02-cr-1141 (LAK)

JEFFREY OTIS REDDEN,

          Defendant.

------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    This defendant moved the Second Circuit for leave to file a second or successive 2255 motion. That motion, which is Dkt 148-1, contained the proposed second or successive motion.

    The Second Circuit held that leave was not required because there had been no prior 2255 motion. Dkt. 148. Accordingly, the Clerk is directed to open a new civil docket for the 2255, a copy of which is included in Dkt 148-1 and, if appropriate, require payment of any filing fee or the filing of an IFP application.

    I have sent to docketing also a pro se document from Redden titled Notice of Intent to Amend Motion Under 28 U.S.C. § 2255. That shall be docketed both in the criminal case and the new civil docket.

SO ORDERED.

Dated: June 27, 2021

                                              Lewis A. Kaplan
                                              United States District Judge