UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-            02-cr-1141 (LAK)

JEFFREY OTIS REDDEN,

      Defendant(s).
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

  Defendant's motion for relief under 18 U.S.C. § 3582(c) [Dkt 144] is denied, substantially for the reasons stated by the government [Dkt 147] and in my memorandum and order dated July 21, 2020 [Dkt 132].

  SO ORDERED.

Dated:  August 31, 2021

                 _____
                   Lewis A. Kaplan
                   United States District Judge