UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JEFFREY OTIS REDDEN,

                Movant,

    -against-                                                          21-cv-5588 (LAK)
                                                                                     [02-cr-1141 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       While the Court understands movant's situation as of the time of his last communication, it plans to decide his motion on or after December 1, 2021 regardless of whether any supplement is received. Accordingly, movant would be well advised to file any supplement before then if he wishes to have it considered. Should he fail to do so, it would remain open to him to attempt to add whatever he may have in mind by filing a new motion in the Court of Appeals for leave to do so in a successive motion.

       The Clerk shall mail a copy of this order to the movant.

       SO ORDERED.

Dated:      October 7, 2021

                                                                       Lewis A. Kaplan
                                                             United States District Judge