```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/21
```

Copies mailed
Chambers of Judge Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEFFREY OTIS REDDEN,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

21-cv-05588 (LAK)
02-cr-1141 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court yesterday received from Defendant Jeffrey Otis Redden the attached memorandum in support of his already pending 2255 motion, which seeks to vacate conviction on all counts.

        The Clerk shall docket the attached memorandum in both above-captioned matters, and the Government shall respond by January 14, 2022.

        The Clerk shall send a copy of this order to the defendant.

        SO ORDERED.

Dated:     December 1, 2021

                                                      Lewis A. Kaplan
                                             United States District Judge